# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. POWERS, | No. 4:19-CV-00115 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN GENE BEASLEY, | |
| Respondent. | |

## ORDER

### JANUARY 17, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED AS MOOT**;

2. Petitioner's motion for judgment on the pleadings, ECF No. 11, is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge